# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Arturo Garcia, Sr. | § | Case No. 14-06820 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on March 18, 2015
in Courtroom  742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____ Kenneth S. Gardner _____
                                               Clerk of the Bankruptcy Court


*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Arturo Garcia, Sr. | § | Case No. 14-06820 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 40.47 |
| leaving a balance on hand of[1] | $ | 6,959.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $           1,450.00 | $           0.00 | $           1,450.00 |
| Trustee Expenses: STEVEN R. RADTKE | $           4.90 | $           0.00 | $           4.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,454.90 |
| Remaining Balance | $ | 5,504.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,362.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $        10,921.23 | $            0.00 | $        3,674.15 |
| 2 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $          4,003.20 | $            0.00 | $        1,346.77 |
| 3 | American Infosource Lp As Agent For | $             703.63 | $            0.00 | $           236.72 |
| 4 | N. A. Capital One Bank (Usa) | $             299.27 | $            0.00 | $           100.68 |
| 5 | Portfolio America Asset Management Llc | $             434.90 | $            0.00 | $           146.31 |

Total to be paid to timely general unsecured creditors        $                5,504.63

Remaining Balance        $                       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Steven R. Radtke

Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-06820-CAD
Arturo Garcia, Sr.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: nmolina        Page 1 of 2        Date Rcvd: Feb 12, 2015
                           Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2015.
db            +Arturo Garcia, Sr.,    2109 S. 59th Court,   Cicero, IL 60804-2127
21586197      +Arnoldharris,   111 West Jackson B,   Chicago, IL 60604-3589
22345833      +Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
21586198      +Bay Area Credit Servic,   1000 Abernathy Rd Ne Ste,   Atlanta, GA 30328-5612
21586200      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
               (address filed with court:  Choice Recovery,    1550 Old Henderson Rd St,   Columbus, OH 43220)
21678575      ++CITIMORTGAGE,    5280 CORPORATE DRIVE,   BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,
                FREDERICK MD 21703-8502
               (address filed with court: CITIMORTGAGE, INC.,    5280 CORPORATE DRIVE,   FREDRICK, MD 21703)
21586199      +Capital 1 Bank,   Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
22449783       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
21586201      +Citi Banamex,   2029 Century Park E 42nd Fl,   Los Angeles, CA 90067-2901
21586202      +Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
21586203      +Dependon Collection Se,   Attn: Bankruptcy,    Po Box 4833,   Oak Brook, IL 60522-4833
21586206      +Eos Cca,    700 Longwater Dr,   Norwell, MA 02061-1624
21586207      +Hsbc Bank,   Attention: HSBC Retail Services,    Po Box 5264,   Carol Stream, IL 60197-5264
21586210      +Med Business Bureau,   Po Box 1219,   Park Ridge, IL 60068-7219
21586212      +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22361286       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2015 01:52:04
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
21739780      +E-mail/Text: bnc@atlasacq.com Feb 13 2015 01:44:04     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
22336157       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2015 01:52:53     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21586204      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2015 01:52:53     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
21586205      +E-mail/Text: bknotice@erccollections.com Feb 13 2015 01:45:13    Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
22676328       E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 13 2015 01:45:35
                Portfolio America Asset Management Llc,   Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
21586208      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 13 2015 01:44:14     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
21586209      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2015 01:52:51     Lvnv Funding Llc,
                Po Box 10497,   Greenville, SC 29603-0497
21586211      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2015 01:45:05     Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
22865830       E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2015 01:52:18     Synchrony Bank,
                c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                               TOTAL: 10

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2015                    Signature:  /s/Joseph Speetjens

District/off: 0752-1         User: nmolina         Page 2 of 2         Date Rcvd: Feb 12, 2015
                            Form ID: pdf006        Total Noticed: 25

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:
          Matthew C Baysinger    on behalf of Debtor Arturo  Garcia, Sr. mbaysinger@wildermuthlawoffices.com,
           baysinger.matthew@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
          Timothy R Yueill    on behalf of Creditor   CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                TOTAL: 4