UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
Arturo Garcia, Sr.                      §   Case No. 14-06820
                                        §
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on               . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/STEVEN R. RADTKE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnoldharris 111 West Jackson B Chicago, IL 60604 | | | | | |
| | Bay Area Credit Servic 1000 Abernathy Rd Ne Ste Atlanta, GA 30328 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Citi Banamex 2029 Century Park E 42nd Fl Los Angeles, CA 90067 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Eos Cca 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Hsbc Bank Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Lvnv Funding Llc Po Box 10497 Greenville, SC 29603 | | | | | |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| 3 | American Infosource Lp As Agent For | | | | | |
| 2 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | | | | | |
| 1 | Discover Bank | | | | | |
| 4 | N. A. Capital One Bank (Usa) | | | | | |
| 5 | Portfolio America Asset Management Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 14-06820 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Arturo Garcia, Sr. | | | | Date Filed (f) or Converted (c): | 02/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/07/2014 |
| For Period Ending: | 05/04/2015 | | | | Claims Bar Date: | 11/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Primary Residence: 2109 S. 59Th Court, Cicero Il 60 | 108,733.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Pnc Bank | 800.00 | 800.00 | | 0.00 | FA |
| 3. Savings Account With Pnc Bank | 150.00 | 150.00 | | 0.00 | FA |
| 4. Basic Furniture | 200.00 | 200.00 | | 0.00 | FA |
| 5. Basic Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6. Retirement Annuity Through Employment | 30,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 Chrysler 300, 190,000 Miles. | 2,928.00 | 528.00 | | 0.00 | FA |
| 8. 2005 Nissan Xterra, 90,000 Miles | 6,263.00 | 2,263.00 | | 0.00 | FA |
| 9. Tax refunds (u) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $156,224.00        $10,941.00        $7,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Possible tax refund

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 14-06820 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Arturo Garcia, Sr. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5612 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1176 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/04/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/14 | 9 | Arturo Garcia | Tax refunds | 1224-000 | $7,000.00 | | $7,000.00 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,990.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.06 | $6,979.94 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.38 | $6,969.56 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.03 | $6,959.53 |
| 04/01/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,450.00 | $5,509.53 |
| 04/01/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.90 | $5,504.63 |
| 04/01/15 | 1003 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 33.64 % per court order. | 7100-000 | | $3,674.15 | $1,830.48 |
| 04/01/15 | 1004 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 2 representing a payment of 33.64 % per court order. | 7100-000 | | $1,346.77 | $483.71 |

Page Subtotals:  $7,000.00  $6,516.29

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-06820 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Arturo Garcia, Sr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5612 |
| | Checking |
| Taxpayer ID No: XX-XXX1176 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/15 | 1005 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution to claim 3 representing a payment of 33.64 % per court order. | 7100-000 | | $236.72 | $246.99 |
| 04/01/15 | 1006 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 33.64 % per court order. | 7100-000 | | $100.68 | $146.31 |
| 04/01/15 | 1007 | Portfolio America Asset Management Llc<br>C O Jefferson Capital Systems Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Macneal Hospital | Final distribution to claim 5 representing a payment of 33.64 % per court order. | 7100-000 | | $146.31 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,000.00 | $7,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,000.00 | $7,000.00 |

Page Subtotals: $0.00    $483.71

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5612 - Checking | $7,000.00 | $7,000.00 | $0.00 |
|  | $7,000.00 | $7,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |

Page Subtotals:   $0.00   $0.00